```
HAROLD W. ROBERTS, JR.          TOWER LOAN
10421 ROAD 610                  PO BOX 283
PHILADELPHIA, MS 39350          PHILADELPHIA, MS 39350



JIM ARNOLD                      TOWER LOAN OF MS
JIM ARNOLD ATTORNEY AT LAW      PO BOX  320001
333 E MULBERRY                  FLOWOOD, MS 39232
DURANT, MS 39063



ADVANCED RECOVERY               TRACTOR SUPPLY CO.
PO BOX 321472                   PO BOX 790394
FLOWOOD, MS 39232               ST.  LOUIS, MO 63179



CAPITAL ONE BANK                TWENTY-ONE-EIGHTY FIVE
AMERICAN INFOSOURCE LP          STATE FARM BANK
PO BOX 71083                    PO BOX 2328
CHARLOTTE, NC 28272             BLOOMINGTON, IL 61702



CNH INDUSTRIAL CAPITAL
PO BOX 3600
LANCASTER, PA 17604



MDHS-CSLS
PO BOX 352
JACKSON, MS 39225



PORTFOLIO RECOVERY
PO BOX 41067
NORFOLK, VA 23541



RUSH HEALTH SYSTEMS
1314 19TH AVENUE
MERIDIAN, MS 39301



THE CITIZENS BANK
521 W MAIN STREET
PO BOX 209
PHILADELPHIA, MS 39350
```